## Commonwealth *v.* Platou, Appellant.

Argued November 12, 1971. *Robert G. Geeseman,* with him *G. Harold Blaxter,* for appellant; *Paul D. Shafer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.